UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATHANIEL BRENT HOLCOMB,

    Plaintiff,

-vs-

AMERICAN COMMERCIAL BARGE LINE,

    Defendant.
_____/

Case No:

```
FILED
MAY 12, 2008              YM
08CV2724
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS
```

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
    -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

## DEMAND FOR TRIAL BY JURY

    NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN

KUEBLER KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of

action.

                    O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan

_____

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

    -and-

/s/ Frederic Mendelsohn (w/ consent)

_____

Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com

Dated:   May 12, 2008